UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NORTH CYPRESS FITNESS STUDIO, LLC | CIVIL ACTION NO.: 2:23-cv-01760 |
| VERSUS | JUDGE:<br>NANNETTE JOLIVETTE BROWN |
| NATIONAL CASUALTY COMPANY | MAGISTRATE JUDGE:<br>DONNA PHILLIPS CURRAULT |

## JOINT MOTION TO DISMISS WITH PREJUDICE

On joint motion of Plaintiff, North Cypress Fitness Studio, LLC ("Plaintiff") and Defendant, National Casualty Company ("NatCas"), appearing herein through undersigned counsel, and, upon suggesting to this Honorable Court that the claims and demands presented herein by Plaintiff against NatCas have been amicably settled and compromised, movers desire a dismissal of all of Plaintiff's claims against NatCas, with prejudice, with each party to bear their own costs.

Respectfully submitted,

s/Trent J. Moss
GALEN M. HAIR (#32865)
TRENT J. MOSS (#37406)
HAIR SHUNNARAH TRIAL ATTORNEYS, LLC
d/b/a INSURANCE CLAIM HQ
d/b/a INSURANCE CLAIM LAWYERS, INC.
3540 S. I-10 Service Road, W., Suite 300
Metairie, LA 70001
Telephone: (504) 684-5200
Facsimile: (504) 613-6351
Email: moss@hairshunnarah.com
         hair@hairshunnarah.com

*Attorneys for Plaintiff, North Cypress Fitness Studio, LLC*


-   and   -

s/Mark E. Hanna
MARK E. HANNA (#19336)
KATHRYN L. BRIUGLIO (#40291)
MOULEDOUX, BLAND, LEGRAND &
        BRACKETT, LLC
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Telephone   (504) 595-3000
Facsimile:   (504) 522-2121
E-mail:     mhanna@mblb.com
             kbriuglio@mblb.com

*Attorneys for Scottsdale Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 17, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    s/Mark E. Hanna