UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NORTH CYPRESS FITNESS STUDIO, LLC | CIVIL ACTION NO.: 2:23-cv-01760 |
| VERSUS | JUDGE:<br>NANNETTE JOLIVETTE BROWN |
| NATIONAL CASUALTY COMPANY | MAGISTRATE JUDGE:<br>DONNA PHILLIPS CURRAULT |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss with Prejudice filed on behalf of Plaintiff, North Cypress Fitness Studio, LLC and Defendant, National Casualty Company:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is granted and that Plaintiff's claims against Defendant, National Casualty Company, are dismissed, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this __20th__ day of May, 2025.

_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

1